

Entered on Docket
July 09, 2010

*Bruce A. Markell*
_____
Hon. Bruce A. Markell
United States Bankruptcy Judge
_____

1  KATHLEEN A. LEAVITT
   CHAPTER 13 STANDING TRUSTEE
2  201 Las Vegas Blvd South Suite 200
   Las Vegas, NV  89101
3  (702) 853-0700

4                    UNITED STATES BANKRUPTCY COURT
                         DISTRICT OF NEVADA

5  IN RE:                              Chapter 13
   JESUS O GONZALEZ                    BKS-10-18880-BAM
6  LINDA P FIGUEROA
                                       Hearing Date: N/A
7            Debtors                   Hearing Time: N/A

8  PRO SE DEBTOR
   Attorney for Debtors

9          EX-PARTE ORDER DISMISSING CHAPTER 13
10         CASE PURSUANT TO 11 U.S.C. SECTION 521(i)

11     As the above-captioned Debtor has not complied with 11 U.S.C. § 521(i) in that the Debtor has not

12  filed Schedules A - J, Statement of Financial Affairs and Chapter 13 Plan as required within the

13  forty-five (45) day period, which expired on March 13, 2010.

14  . . .

15  . . .

16  . . .

17

18

19

20

1     **IT IS HEREBY ORDERED** that the above-captioned bankruptcy proceeding under Chapter 13 is

2 **DISMISSED** for the Debtor's failure to comply with 11 U.S.C. § 521(i).

3     **IT IS HEREBY ORDERED** that the Trustee shall be allowed to retain the amount of **$150.00** as

4 and for administrative expenses from the balance on hand in this case, if any.

5     **IT IS SO ORDERED.**

6 Submitted by:

7 /s/ Kathleen A. Leavitt
KATHLEEN A. LEAVITT
8 CHAPTER 13 BANKRUPTCY TRUSTEE
Dated: July 07, 2010
9 (tsw)